# UNITED STATES DISTRICT COURT
### for the
District of Alaska

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 3:20-mj-00397-MMS |
| Lon Dean Gillas | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 20-23, 2020 _____ in the county of _____ in the

_____ District of _____ Alaska _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Attempted Production of Child Pornography |
| 18 U.S.C. § 2422(b) | Attempted Coercion and Enticement of a Minor |

This criminal complaint is based on these facts:

See Attached Affidavit of FBI Special Agent Jolene Goeden

☑ Continued on the attached sheet.

_____
*Complainant's signature*

JOLENE GOEDEN, Special Agent, FBI
*Printed name and title*

Sworn to telephonically and signed electronically.

Date: July 28, 2020

_____
*Judge's signature*

City and state: _____ Anchorage, Alaska _____

MATTHEW M. SCOBLE, U.S. Magistrate Judge
*Printed name and title*