BRYAN SCHRODER
United States Attorney

KYLE REARDON
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: kyle.reardon@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LON DEAN GILLAS, a/k/a "lgillas@wbb.bssd.org,"<br><br>    Defendant. | No. 3:20-cr-00086-SLG-DMS<br><br>COUNT 1:<br>ATTEMPTED PRODUCTION OF CHILD PORNOGRAPHY<br>  Vio. 18 U.S.C. § 2251(a), (e)<br><br>COUNT 2:<br>ATTEMPTED RECEIPT OF CHILD PORNOGRAPHY<br>  Vio. 18 U.S.C. § 2252(a)(2), (b)(1)<br><br>COUNT 3:<br>ATTEMPTED COERCION AND ENTICEMENT OF A MINOR<br>  Vio. 18 U.S.C. § 2422(b)<br><br>COUNT 4:<br>ATTEMPTED SEX TRAFFICKING OF A MINOR<br>  Vio. 18 U.S.C. §§ 1591(a)(1) and 1594 |

# INDICTMENT

The Grand Jury charges that:

## COUNT 1

Between on or about June 20, 2020, and July 12, 2020, within the District of Alaska and elsewhere, the defendant, LON DEAN GILLAS, a/k/a "lgillas@wbb.bssd.org," did knowingly attempt to employ, use, persuade, induce, entice, and coerce a minor, to wit: "K[REDACTED]987@gmail.com," with the intent that such minor engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing that such visual depiction would be transported and transmitted using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

All of which is in violation of 18 U.S.C. § 2251(a), (e).

## COUNT 2

Between on or about June 20, 2020, and July 12, 2020, within the District of Alaska and elsewhere, the defendant, LON DEAN GILLAS, a/k/a "lgillas@wbb.bssd.org," did knowingly attempt to receive, by any means and facility of interstate and foreign commerce, a visual depiction of a minor engaging in sexually explicit conduct, the production of which involved the use of a minor engaging in sexually explicit conduct.

All of which is in violation of 18 U.S.C. § 2252(a)(2), (b)(1).

//

## COUNT 3

Between on or about June 20, 2020, and July 12, 2020, within the District of Alaska and elsewhere, the defendant, LON DEAN GILLAS, a/k/a "lgillas@wbb.bssd.org," did, using a facility and means of interstate and foreign commerce, knowingly attempt to persuade, induce, entice, and coerce a minor, to wit: "K[REDACTED]987@gmail.com," an individual who he knew had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, including, but not limited to, Production of Child Pornography, in violation of 18 U.S.C. § 2251(a), and Sex Trafficking of a Minor, in violation of 18 U.S.C. § 1591(a)(1).

All of which is in violation of 18 U.S.C. § 2422(b).

//
//
//
//
//
//
//
//
//
//
//
//

## COUNT 4

Between on or about June 23, 2020, and on or about July 12, 2020, within the District of Alaska and elsewhere, the defendant, LON DEAN GILLAS, a/k/a "lgillas@wbb.bssd.org," did attempt to recruit, entice, provide, obtain, and maintain by any means, a person, to wit: "K[REDACTED]987@gmail.com," having had a reasonable opportunity to observe the person, and knowing and in reckless disregard that the person had not attained the age of 18 years old, and would be caused to engage in a commercial sex act.

All of which is in violation of 18 U.S.C. §§ 1591(a)(1) and 1594.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Kyle Reardon
KYLE REARDON
Assistant U.S. Attorney
United States of America


s/ Bryan Schroder
BRYAN SCHRODER
United States Attorney
United States of America


DATE: September 16, 2020